**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-2224**

WESTMORELAND COAL COMPANY,

Petitioner,

v.

SHIRLEY STALLARD, Widow and on behalf of Creed Stallard; DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR,

Respondents.

On Petition for Review of an Order of the Benefits Review Board.  (15-0374 BLA; 15-0375 BLA)

Submitted:  June 16, 2017                          Decided:  July 20, 2017

Before GREGORY, Chief Judge, KING, Circuit Judge, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Paul E. Frampton, BOWLES RICE LLP, Charleston, West Virginia, for Petitioner. Joseph E. Wolfe, WOLFE WILLIAMS & REYNOLDS, Norton, Virginia; Barry H. Joyner, Gary K. Stearman, UNITED STATES DEPARTMENT OF LABOR, Washington, D.C., for Respondents.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Westmoreland Coal Company seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's award of black lung benefits pursuant to 30 U.S.C. §§ 901-944 (2012). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we deny the petition for review for the reasons stated by the Board. *Westmoreland Coal Co. v. Stallard*, Nos. 15-0374 BLA & 15-0375 BLA (B.R.B. Aug. 23, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*